## Commonwealth *v.* Hunter, Appellant.

 Submitted September 11, 1972. *Peter B. Scuderi,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Johnson, Appellant.
## Commonwealth *v.* Johnson, Appellant.

 Submitted September 18, 1972. *James P. McHugh,* for appellants; *Philip J. O'Malley* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.